**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PATRICIA BONHAM, et al,

    Plaintiffs,

vs.                                          CASE NO.:  3:06cv6/MCR/EMT

BAPTIST HOSPITAL, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter was initiated by Plaintiffs' pro se Complaint filed January 5, 2006. (Doc. 1). On January 20, 2006, Plaintiffs were granted thirty (30) days in which to submit an amended complaint. (Doc. 5). Plaintiffs were advised that failure to do so would likely result in the dismissal of this action. Subsequently, the court granted each of Plaintiffs three (3) requests for extension of time to file an amended complaint. Following the brief appearance of counsel on behalf of Plaintiffs, the undersigned granted counsel's request to withdraw on May 19, 2006, and provided Plaintiffs until June 30, 2006, to advise the court if they have obtained new counsel, if they desire to proceed in this matter pro se, or if they wish to voluntarily dismiss this action. (Doc. 13). Plaintiffs were advised that should they fail to advise the court within the allotted time, the court would deem the matter abandoned and enter an order dismissing this cause with prejudice. Plaintiffs have not responded to the Order and the time for compliance has now elapsed. Accordingly, it is

ORDERED that this action is DISMISSED WITH PREJUDICE for Plaintiffs' failure to prosecute this action and failure to comply with an order of the court.

**DONE and ORDERED** this 11th day of July, 2006.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**